IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY RAY PRITCHETT,                          § | |
|       Petitioner,                                       § | |
| § | No. 3:04-CV-1198-N |
| v.                                                               § | |
| § | |
| NATHANIEL QUARTERMAN, Director,   § | |
| Texas Department of Criminal Justice,      § | |
| Correctional Institutions Division,              § | |
|       Respondent.                                  § | |

**ORDER**

This Court has made an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed April 26, 2006. Additionally, this Court has considered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge with respect to Petitioner's objections. The findings and conclusions of the Magistrate Judge with respect to the objections are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's objections are overruled. The April 26, 2006 findings and conclusions are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge both with respect to the petition and with respect to the objections are adopted.

SIGNED November 17, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE